**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 26-** |
| **v.** | : | **DATE FILED:** |
| **GEORGE ALEXANDER DEPETTA** | : | **VIOLATIONS:** |
| | | **18 U.S.C. § 2251(a), (e) (manufacture and** |
| | : | **attempted manufacture of child** |
| | | **pornography – 2 counts)** |
| | : | **Notice of forfeiture** |

**INFORMATION**

**COUNT ONE**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

From on or about July 27, 2011, through on or about July 28, 2011, in the Eastern District of Pennsylvania, and elsewhere, defendant

**GEORGE ALEXANDER DEPETTA**

employed, used, persuaded, induced, enticed, and coerced Minor #1, who had not attained the age of 18 years and who is known to the United States Attorney, to engage in sexually explicit conduct as defined in 18. U.S.C. § 2256(2)(A), for the purpose of producing a visual depiction of that conduct, and attempted to do so, and such visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by a computer.

In violation of Title 18, United States Code, Section 2251(a), (e).

## COUNT TWO

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

On or about June 19, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

## GEORGE ALEXANDER DEPETTA

employed, used, persuaded, induced, enticed, and coerced Minor #2, who had not attained the age of 18 years and who is known to the United States Attorney, to engage in sexually explicit conduct as defined in 18. U.S.C. § 2256(2)(A), for the purpose of producing a visual depiction of that conduct, and attempted to do so, and such visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by a computer.

In violation of Title 18, United States Code, Section 2251(a), (e).

## NOTICE OF FORFEITURE

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

1.      As a result of the violations of Title 18, United States Code, Section 2251(a) as set forth in this information, defendant

### GEORGE ALEXANDER DEPETTA

shall forfeit to the United States of America:

(a)      any visual depiction, or any film, videotape, or other matter which contains any child pornography, which was produced, transported, mailed, shipped, or received as a result of such violations as charged in the information;

(b)      any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such violations; and

(c)      any property, real or personal, used or intended to be used to commit or to promote the commission of such violations, including, but not limited to:

(1) Sandisk Cruzer Thumb Drive;
(2) Macbook Laptop A1278 bearing FCC ID QDSBRCM1038;
(3) iPad Mini 2 Tablet bearing serial number F9FT3W0FFCM6;
(4) Macbook Laptop A1278 bearing serial number C1MH31YQDV13; and
(5) iPhone 15 Pro bearing serial number CC76V2P9DJ

Pursuant to Title 18, United States Code, Section 2253.

**DAVID METCALF**
**UNITED STATES ATTORNEY**

3

*No.*_ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

## THE UNITED STATES OF AMERICA

vs.

GEORGE ALEXANDER DEPETTA

INFORMATION

18 U.S.C. ' 2251(a), (e) (manufacture and of child pornography – 2 counts)

A true bill.

_____
Foreperson

Filed in open court this _____day,
Of _____A.D. 20_____

_____
Foreperson

Bail, $_____